# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

AMILLIAN ALONDA BLAND

VERSUS

PREMIER PRODUCE, LLC, ET AL.

NO. 2021 CW 0688

**JULY 30, 2021**

---

In Re: Premier Produce, LLC and Employers Mutual Casualty Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 668569.

---

**BEFORE: THERIOT, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.**

> **MRT**
> **GH**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT